698

*In re* **JULIANO**, Richard Anthony (MR 21467)
Vienna, VA 22180

Order of the Court:

The motion by Richard Anthony Juliano to strike his name effective November 4, 2002, the date of his interim suspension pursuant to Supreme Court Rule 774 is denied. The motion by Richard Anthony Juliano to strike his name from the roll of attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately.

*In re* **MURZYN**, Brenda Lynn Mullen (MR 21436)
Naperville, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent Brenda Lynn Mullen Murzyn is censured.